## EXHIBIT C

### Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>TOMEKA LATOYA LIGGANS,<br><br>Debtor.<br><br>WEINSTEIN MANAGEMENT<br>COMPANY, INC.,<br><br>Movant,<br><br>v.<br><br>TOMEKA LATOYA LIGGANS,<br><br>Respondent. | Case No. 12-34560-KRH<br>Chapter 7 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter came before the Court on the Motion for Relief from Stay (the "Motion")[1]

filed by Weinstein Management Company, Inc. ("Weinstein").

Upon consideration of the Motion, the evidence, and all related pleadings, the Court finds

as follows:

---

[1] Any capitalized term not otherwise defined herein shall retain the meaning ascribed to them in the Motion.

Sheila deLa Cruz (VSB No. 65395)
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:       sdelacruz@hf-law.com
              fcragle@hf-law.com

*Counsel for Weinstein Management Company, Inc.,
as agent for Belmont Associates, L.C.
trading as Townes at Belmont Hills*

A. The Court has jurisdiction over this bankruptcy case and the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

B. Venue for this bankruptcy case and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

D. Proper and adequate notice of the Motion and the hearing on the Motion have been given to all necessary parties.

E. The statutory predicates for the relief sought are section 362(d) of the Bankruptcy Code, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Rule 4001(a)-1 of the Local Bankruptcy Rules.

F. Based on the facts presented and the relevant evidence, Weinstein is entitled to the relief requested in the Motion and cause exists to grant the relief to Weinstein as provided herein.

**WHEREFORE**, based on these findings, and finding that cause exists, and otherwise finding it reasonable and necessary to do so, it is hereby

**ORDERED, ADJUDGED, and DECREED that:**

1. The Motion is **GRANTED** in its entirety;

2. The automatic stay is terminated and Weinstein is granted relief from the automatic stay;

3. Weinstein may terminate the Lease to regain possession, and exercise any and all state remedies against the Debtor as set forth in the provisions of the Lease, including but not limited to continuing eviction proceedings against the Debtor in state court, in order to regain possession of the Leased Premises;

4. Weinstein is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and as requested in the Motion.

5. The fourteen-day stay set forth in Rule 4001(a)(3) of the of the Federal Rules of Bankruptcy Procedure is waived and shall not be applicable to this Order.

6. The Clerk is directed to send copies of this Order as entered to the parties on the Service List at the addresses set forth below.

Dated: _____

                                                   HONORABLE KEVIN R. HUENNEKENS
                                                 UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: _____

I ASK FOR THIS:

/s/ Franklin R. Cragle, III
Sheila deLa Cruz (VSB No. 65395)
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:   804.771.9500
Facsimile:   804.644.0957
Email:   sdelacruz@hf-law.com
          fcragle@hf-law.com

*Counsel for Weinstein Management Company, Inc.,*
*as agent for Belmont Associates, L.C.*
*trading as Townes at Belmont Hills*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

I do hereby certify that the foregoing proposed order has been served upon all necessary parties.

/s/ Franklin R. Cragle, III

### Service List for Copies of Entered Order

Tomeka LaToya Liggans
4176 Lamplighter Court
Richmond, VA 23234
*Debtor*

Laura Taylor Alridge
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
*Counsel for the Debtor*

Bruce H. Matson
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA 23218-2499
*Chapter 7 Trustee*

Office of the United States Trustee
Attn: Robert B. Van Arsdale, Esquire
701 East Broad Street, Room 4300
Richmond, Virginia 23219
*Assistant U.S. Trustee*